VIRGINIA STATE INSURANCE COMPANY, Respondent, *v.* AMERICAN FIDELITY COMPANY, Appellant.

*Virginia State Ins. Co.* v. *American Fidelity Co.*, 162 App. Div. 922, affirmed.

(Argued December 14, 1915; decided January 4, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered March 14, 1914, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover upon a fidelity bond, executed by defendant as surety, to recover for moneys alleged to have been embezzled, wrongfully abstracted and willfully misapplied by an agent. Three defenses were urged: *First*, that the bond did not by its terms cover the loss suffered; *second*, that certain statements made in the applications for the renewal of the bond in question were warranties and were untrue; *third*, that the moneys received by the agent for which the suit is brought were actually paid over to the respondent.

*Charles Newton* for appellant.

*Hiram R. Wood* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COL-LIN, HOGAN, CARDOZO and POUND, JJ. Not voting: CUDDEBACK, J.